IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DE CHELLIS, | No. 2:13-cv-0148-KJM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| OCWEN LOAN SERVICING LLC, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil action. This action was removed to this court on January 18, 2013, from the Siskiyou County Superior Court. Pending before the court is defendants' motion to dismiss (Doc. 6). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 13, 2013, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: March 4, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1