**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE DE CHELLIS, | No. 2:13-cv-0148-KJM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| OCWEN LOAN SERVICING LLC, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se, brings this civil action. This action was removed to this court on January 18, 2013, from the Siskiyou County Superior Court. Pending before the court is defendants' motion to dismiss for lack of prosecution (Doc. 18). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for June 18, 2014, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

/ / /

/ / /

/ / /

1

1         IT IS SO ORDERED.

3 DATED: June 11, 2014

                                                               _____
                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE